

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00318-CV

Lisa Bueno **MARTINEZ,**
Appellant

v.

**FURMANITE AMERICA, INC**., Furmanite Corporation, Furmanite Louisiana, LLC f/k/a
Furmanite US GSG LLC, Galbraith Contracting, Inc., Southcross Energy Partners GP, LLC,
Southcross Energy Partners, LP, Southcross NGL Pipeline, Ltd., Estate of Dennis Henneke,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139-C
Honorable Ana Lisa Garza, Judge Presiding

## ORDER

Appellee Estate of Dennis Henneke's Motion for Extension of Time to File Brief has this
date been received and filed in the above styled and numbered cause. Extension of time to file
the Appellee's brief is this date GRANTED. Time is extended to December 11, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Andrew J. Sarne
5051 Westheimer Road, 10th FL
HOUSTON, TX 77002-6394

Mark R. Strandmo
17339 Redland Road
San Antonio, TX 78247

Craig S. Smith
14493 S. Padre Island Drive, Suite A (P.M.B. 240)
Corpus Christi, TX 78418

Darrell L. Barger
800 N. Shoreline Blvd., Ste. 2000
Corpus Christi, TX 78401-3755

Christopher C. Pappas
5051 Westheimer Road 10th FL
Houston, TX 77002

Brantley Ross Pringle, Jr.
900 Congress Avenue, Suite 500
Austin, TX 78701

Keith Andrew Robb
9201 N. Central Expressway, Suite 600
Dallas, TX 75231

Mike Thompson, Jr.
221 West 6th Street
suite 1800
Austin, TX 78701

Gregory Arthur Holloway
4300 One Houston Center
Houston, TX 77010